UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROLANDO MARGARITO MENA RUIZ, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> DOUGLAS DRETKE, Director, Texas ) <br> Department of Criminal Justice, ) <br> Correctional Institutions Division, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:05-CV-0760-G |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED** as the findings and conclusions of the court.

June 3, 2005.

                                                A. JOE FISH
                                                CHIEF JUDGE